```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                      CORPUS CHRISTI DIVISION
```

| | |
|---|---|
| LEONARDO CAMPOS, JR., | § |
| | § |
|     Petitioner, | § |
| | § |
| vs. | §     C.A. NO. C-06-141 |
| | § |
| DOUG DRETKE, | § |
| | § |
|     Defendant. | § |

## ORDER

On this day came on to be considered Petitioner Leonardo Campos, Jr.'s "Motion for Rehearing" (D.E. 27). The Court hereby DENIES Petitioner's Motion. Additionally, the Court notes that even if the Court granted Petitioner a rehearing, the Court would still adopt the Magistrates Report and Recommendations (D.E. 17) over Petitioner's late-filed objections.

SIGNED and ENTERED this 4th day of April, 2007.

_____
Janis Graham Jack
United States District Judge